JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| MARCELINO MERAZ-ANGUIANO, | ) | Case No. CV 08-5471-RGK (OP) |
|---|---|---|
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| S. A. HOLENCIK, Warden, | ) | |
| Respondent. | ) | |

IT IS ADJUDGED that the Petition is denied and this action is dismissed without prejudice.

DATED: MAY 18 2010

HONORABLE R. GARY KLAUSNER
United States District Judge

Prepared by:

HONORABLE OSWALD PARADA
United States Magistrate Judge